UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR BRYANT COOK,<br><br>   Plaintiff.<br><br> v.<br><br>CITY OF FREMONT, CALIFORNIA, et al.,<br><br>   Defendants. | Case No. 20-cv-02704-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on July 17, 2020, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **September 18, 2020, at 2:00 p.m., by Zoom,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on July 17, 2020, and for failure to comply with the Court's Order of April 17, 2020. A case management conference is also scheduled for **September 18, 2020**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: July 20, 2020

                 _____
                 JOSEPH C. SPERO
                 United States Chief Magistrate Judge